GORDON SILVER
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: tfell@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
ERIC J. VAN, ESQ.
Nevada Bar No. 10259
E-mail: evan@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

E-Filed On 7/30/08

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

In re:

PHOENIX NEVADA, LLC,

Debtor.

Case No.: 08-12814-LBR
Chapter 11

Date: September 3, 2008
Time: 1:30 p.m.

### CERTIFICATE OF SERVICE OF
### (1) MOTION TO AMEND ORDER AUTHORIZING THE RETENTION
### AND EMPLOYMENT OF MARCUS & MILLICHAP REAL ESTATE INVESTMENT
### SERVICES OF NEVADA AS REAL ESTATE ADVISOR AND
### BROKER TO THE DEBTOR AND
### (2) NOTICE OF HEARING

1. On July 29, 2008, I served the foregoing documents by the following means to the persons as listed below:

   ☒ a. ECF System to: See attached confirmation sheets.

2. On July 30, 2008, I served the foregoing documents by the following means to the persons as listed below

   ☒ b. United States Mail postage fully prepaid to the following:

   Phoenix Nevada, LLC
   5836 S. Pecos Road
   Las Vegas, NV 89120

3. On July 30, 2008, I served the Notice of Hearing by the following means to the persons as listed below:

   ☒ a. United States Mail postage fully prepaid to the parties on the attached mailing matrix.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101656-001/602852.doc

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 30th day of July, 2008.

*[signature]*

Marsha Stallsworth, an employee of
Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101656-001/602852.doc

2

## File a Notice:

08-12814-lbr PHOENIX NEVADA, LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Judge: lbr | Assets: y | Case Flag: BAPCPA |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from FELL, THOMAS H. entered on 7/29/2008 at 4:42 PM PDT and filed on 7/29/2008
**Case Name:**      PHOENIX NEVADA, LLC
**Case Number:**    08-12814-lbr
**Document Number:** 128

**Docket Text:**
Notice of Hearing Hearing scheduled 9/3/2008 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg.. Filed by THOMAS H. FELL on behalf of PHOENIX NEVADA, LLC (Related document(s)[127] Motion to Amend filed by Debtor PHOENIX NEVADA, LLC) (FELL, THOMAS)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\mds\Desktop\NOH re Motion to Amend Order Authorizing Retention of marcus & Millichap.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/29/2008] [FileNumber=10313091-0
] [07bebee8eee03bd377be52a6c94409d39f23f2e9b2d6070c3877498632c8e18df06
e941b7a8cea34acb42bb7a78a3ab11ab27e3a53a50746eaaf32953e84c49d]]

**08-12814-lbr Notice will be electronically mailed to:**

SEAN K. CLAGGETT    sclaggett@claggettlaw.com

THOMAS H. FELL
BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

WOLFE THOMPSON    wolfe@wolfelawyer.com, robyn@wolfelawyer.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-12814-lbr Notice will not be electronically mailed to:**

JAIME COGBURN
170 S. GREEN VALLEY PKWY, STE 280
HENDERSON, NV 89012

GORDON & SILVER, LTD
3960 HOWARD HUGES PKWY, 9TH FLR
LAS VEGAS, NV 89109

## File a Motion:

08-12814-lbr PHOENIX NEVADA, LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Judge: lbr | Assets: y | Case Flag: BAPCPA |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from FELL, THOMAS H. entered on 7/29/2008 at 4:36 PM PDT and filed on 7/29/2008
**Case Name:**        PHOENIX NEVADA, LLC
**Case Number:**      08-12814-lbr
**Document Number:** 127

**Docket Text:**
Motion to Amend Filed by THOMAS H. FELL on behalf of PHOENIX NEVADA, LLC (Related document(s)[104] Order on Application to Employ, )(FELL, THOMAS)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\mds\Desktop\Motion to Amend Order re Retention of Marcus & Millichap.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/29/2008] [FileNumber=10313049-0
] [3b5773900f0d552ac0488b19539d86fbdeaaf3bcee97787c0dfa194579ccba79211
a974d429ec0d7791700ad68d7184a724938484449b0fc37ff82bdaa7bc01d]]

**08-12814-lbr Notice will be electronically mailed to:**

SEAN K. CLAGGETT     sclaggett@claggettlaw.com

THOMAS H. FELL
BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

RICHARD F. HOLLEY     rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

WOLFE THOMPSON     wolfe@wolfelawyer.com, robyn@wolfelawyer.com

U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN     bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**08-12814-lbr Notice will not be electronically mailed to:**

JAIME COGBURN
170 S. GREEN VALLEY PKWY, STE 280
HENDERSON, NV 89012

GORDON & SILVER, LTD
3960 HOWARD HUGES PKWY, 9TH FLR
LAS VEGAS, NV 89109

**Mail:**

Phoenix Nevada, LLC
5836 S. Pecos Road
Las Vegas, NV 89120

**Top Twenty:**

Marquis & Aurbach
Attn:  Manging Member
10001 Park Run Drive
Las Vegas, NV 89145

Cogburn Law
Attn:  Managing Member
170 Green Valley Parkway, Ste. 280
Henderson, NV 89012

Sharshan & Company, CPA
Attn:  Managing Member
3000 Montour Place, Ste. 202
Oakdale, PA 15071

Tony Sgro
720 S. 7th Street, #300
Las Vegas, NV 89101

Wolfe Thompson, LLC
6785-4  S. Eastern
Las Vegas, NV 89119

Millennnium Marketing Concepts
5854 S. Pecos Rd., Ste. 500
Las Vegas, NV 89120

Michaelson & Associates
5854 S. Pecos Rd., Ste. 100
Las Vegas, NV 89120

Summit Trust Company
5854 S. Pecos Rd., Ste. 200
Las Vegas, NV 89120

Alpine Insurance
5858 S. Pecos Rd., Ste. 300
Las Vegas, NV 89120

Parc Place Owner's Association
Attn:  Managing Member
5868 S. Pecos Rd., Ste. 300
Las Vegas, NV 89120

Kolb Stewart & Associates
5854 S. Pecos Rd. Ste. 400
Las Vegas, NV 89120

Substorm, Inc.
5858 S. Pecos Rd., Ste. 400A
Las Vegas, NV 89120

Clark County Water Reclamation District
Attn:  Managing Member
P.O. Box 98526
Las Vegas, NV 89193-8526

Spearnet Medical Systems
5858 S. Pecos Rd., Ste. 400B
Las Vegas, NV 89120

Monitronics Funding, LLP
Attn:  Managing Member
8628 Innovation Way
Chicago, IL 60682-0086

Zweikinder Trust
c/o Hans Johns
5836 S. Pecos Rd.
Las Vegas, NV 89120

**Creditors:**

First Republic Bank
Attn: Managing Member
111 Pine Street
San Francisco, CA 94111-9833

Trustee of the Herbert Frey
Revocable Family Trust
157 E. Warm Springs Rd.
Las Vegas, NV 89119

Abbott Trophies
Attn:  Managing Member
953 E. Sahara Ave.
Las Vegas, NV 89104

Investors Mortgage Corporation
Attn: Managing Member
8879 West Flamingo Rd., #101
Las Vegas, NV 89147

Alpine Insurance
Attn: Managing Member
6160 Plumas Street
Reno, NV 89509

Anthill Pest Control
Attn: Managing Member
565 College Dr., Ste. C152
Henderson, NV 89015

ABC Locksmith Inc.
Attn: Managing Member
3981 E. Sunset Road, Ste. E
Las Vegas, NV 89120

Deans & Homer
Attn: Managing Member
340 Pine St.
San Francisco, CA 94111-9833

Estermyer & Sharshan
Attn: Managing Member
3000 Montour Place Ste. 202
Oakdale, PA 15071

DEX
Attn: Managing Member
8400 Innovation Way
Chicago, IL 60682-0084

Nevada Power Co.
Attn: Managing Member
P.O. Box 30086
Reno, NV 89520

Seaside Graphics
Attn: Managing Member
2415 Belt Buckley
Henderson, NV 89002

Southwest Gas
Attn: Managing Member
P.O. Box 98890
Las Vegas, NV 89150-0101

Switch
Attn: Managing Member
P.O. Box 42250
Las Vegas, NV 89116

Normandy Trust
5836 S. Pecos Rd.
Las Vegas, NV 89120

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
P.O. Box 551220
Las Vegas, NV 89155-1220

Dept. of Employment, Training &
Rehabilitation, Employment Security Div.
500 East Third St.
Carson City, NV 89713

Internal Revenue Service
Attn: Bankruptcy Unit
Stop 5028
110 City Parkway
Las Vegas, NV 89106

Lewis Maldonado
US EPA Region 9 Bankruptcy Contact
Office of Regional Counsel, ORC-3
75 Hawthrone Street
San Francisco, CA 94105

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
100 Cambridge Street, 7th Floor
Boston, MA 02114-9564

Axess
5836 S. Pecos Rd.
Las Vegas, NV 89102

State of Nevada DMV
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Apple Home Health Care
5858 S. Pecos Rd. Ste. 200
Las Vegas, NV 89120